IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiffs,<br><br>vs.<br><br>PHILLIP L. BROOKS,<br><br>              Defendants. | Case No. 2:13-cv-00377-TLN-EFB<br><br>ORDER RE: JOINT MOTION AND STIPULATION FOR ENTRY OF JUDGMENT |

Having considered the Parties' Joint Motion and Stipulation for Entry of Judgment, the record contained herein, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

    1.     The Motion is GRANTED.

    2.     It is further ORDERED and ADJUDGED that judgment is entered in favor of the United States and against Phillip Brooks for unpaid liabilities assessed against him under 26 U.S.C. § 6672 for the tax periods ending December 31, 2008; March 31, 2009; June 30, 2009; September 30, 2009; December 31, 2009; March 31, 2010; and June 30, 2010; in the amount of $28,176.72, plus interest and other statutory additions accruing from and after March 4, 2013, as provided by law pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621(a)(2) and 26 C.F.R. 301.6621-1, less any credits or payments.

3007167.1

3. Each party shall bear its respective costs, including attorneys fees and other costs associated with this litigation.

IT IS SO ORDERED.

DATED: June 11, 2013

_____
Troy L. Nunley
United States District Judge

- 2 -

3007167.1