IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PHILLIP L. BROOKS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:13-cv-00377-TLN-EFB <br><br> JUDGMENT |

It is ORDERED and ADJUDGED that judgment is entered in favor of the United States and against Phillip Brooks for unpaid liabilities assessed against him under 26 U.S.C. § 6672 for the tax periods ending December 31, 2008; March 31, 2009; June 30, 2009; September 30, 2009; December 31, 2009; March 31, 2010; and June 30, 2010;  in the amount of $28,176.72, plus interest and other statutory additions accruing from and after March 4, 2013, as provided by law pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621(a)(2) and 26 C.F.R. 301.6621-1, less any credits or payments.

//

3007167.1

1  IT IS SO ORDERED.

2

3
         DATED:     June 11, 2013
4

5

6

7                                          Troy L. Nunley
                                           United States District Judge
8